IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAZARO MEDELLIN | § § § | |
| v. | § § § § | CIVIL ACTION NO. 7:16-CV-00047 |
| ALLSTATE TEXAS LLOYDS | | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lazaro Medellin, and Defendant, Allstate Texas Lloyds, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On December 22, 2015, Plaintiff, Lazaro Medellin sued Defendant.

2. Plaintiff, Lazaro Medellin, moves to dismiss his suit.

3. Defendant agrees to the dismissal of Lazaro Medellin's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Lazaro Medellin's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Page 2

Respectfully submitted,

/S/ *Kevin S. Baker*
Kevin S. Baker
Attorney in Charge
Federal Bar No. 306997
State Bar No. 00797799
16500 San Pedro, Suite 302
San Antonio, Texas 78232

Of Counsel:

**KETTERMAN ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
kevin@krwlawyers.com

/S/ David M. Roerig
David M. Roerig
Attorney In Charge
Fed. I.D. No. 915786
State Bar No. 24060513

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax
Droerig@rofllp.com
Cheryla@rofllp.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Kevin S. Baker
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

on this __11th__ day of ~~September~~ October, 2016.

                                      /S/ David M. Roerig
                                      DAVID M. ROERIG